IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| ALMAZ NEZIROVIC, | ) | |
| | ) | |
|     Petitioner | ) | Civil Action No. 7:13cv428 |
| | ) | |
| v. | ) | |
| | ) | |
| GERALD S. HOLT, | ) | By:    Michael F. Urbanski |
| *United States Marshal, Western District of Virginia* | ) | **United States District Judge** |
| | ) | |
| and | ) | |
| | ) | |
| BOBBY D. RUSSELL, | ) | |
| *Superintendent, Western Virginia Regional Jail* | ) | |
| | ) | |
|     Respondents | ) | |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion entered this day, it is hereby **ORDERED** and **ADJUDGED** that Petitioner Almaz Nezirovic's request for bail pending habeas corpus review of his extradition is **DENIED**.

                          Entered:  November 27, 2013

                          /s/ Michael F. Urbanski

                          Michael F. Urbanski
                          United States District Judge