AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

WESTERN _____ DISTRICT OF _____ VIRGINIA

ALMAZ NEZIROVIC

V.

GERALD HOLT, ET AL

## EXHIBIT AND WITNESS LIST

Case Number:  7:13CV00428

| PRESIDING JUDGE Michael F. Urbanski, USDJ | PLAINTIFF'S ATTORNEY Fay Spence, FPD | DEFENDANT'S ATTORNEY Tim Heaphy, USA |
|---|---|---|
| TRIAL DATE (S) 2/7/2014 | COURT REPORTER Judy Webb | COURTROOM DEPUTY Kristin Ayersman |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 2/7/2014 | y | y | "Timeline" |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.