IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| **ALMAZ NEZIROVIC,** | ) |
| | ) |
|     Petitioner, | ) |
| | ) Civil Action No. 7:13cv428 |
| v. | ) |
| | ) |
| **GERALD S. HOLT,** | ) By: Michael F. Urbanski |
| *United States Marshall, Western District of Virginia* | )     United States District Judge |
| | ) |
| and | ) |
| | ) |
| **BOBBY D. RUSSELL,** | ) |
| *Superintendent, Western Virginia Regional Jail* | ) |
| | ) |
|     Respondents. | ) |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion entered this day, it hereby **ORDERED** and **ADJUDGED** that the petition for a writ of habeas corpus is **DENIED**.

The clerk is directed to send a copy of this Order to all counsel of record.

Entered: March 13, 2014

*/s/ Michael F. Urbanski*

Michael F. Urbanski
United States District Judge