IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )  | |
| ) | |
| v.                                                                       )  | CASE No: 7:13CV000428 |
| ) | |
| ALMAZ NEZIROVIC                                      )  | |

NOTICE OF APPEAL

Notice is hereby given that Almaz Nezirovic, defendant in the above-captioned case, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the order in this case entered on March 13, 2014.

                                                                                              Respectfully submitted,

                                                                                              Almaz Nezirovic

                                                                                    By: /s/ Fay F. Spence
                                                                                         Of Counsel

Fay F. Spence, First Assistant Federal Public Defender
Office of the Federal Public Defender
210 First Street, SW, Suite 400
Roanoke, Virginia 24011
VSB # 27906
Tel. (540) 777-0880

*Counsel for Defendant Almaz Nezirovic*

CERTIFICATE OF SERVICE

    I hereby certify that on the 26th day of March, 2014, I served the foregoing Notice of Appeal on Elizabeth Wright, Assistant United States Attorney, by electronic filing and I caused the original thereof to be filed electronically with Julia Dudley, Clerk, United States District Court, 210 Franklin Road, SW., Roanoke, Virginia 24011.

                                                                                            By: /s/ Fay F. Spence