IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ALMAZ NEZIROVIC, ) | |
| ) | |
| Petitioner, ) | |
| ) | Civil Action No. 7:13cv428 |
| v. ) | |
| ) | |
| GERALD S. HOLT, ) | By: Michael F. Urbanski |
| *United States Marshall, Western District of* ) | United States District Judge |
| *Virginia* ) | |
| ) | |
| and ) | |
| ) | |
| BOBBY D. RUSSELL, ) | |
| *Superintendent, Western Virginia Regional Jail* ) | |
| ) | |
| Respondents. ) | |

## ORDER

For the reasons set forth in the Memorandum Opinion entered this day, petitioner Almaz Nezirovic's Motion to Stay Extradition Pending Appeal (Dkt. # 34) is **GRANTED**. It is **ORDERED** that the Certification of Extradition be, and hereby is, **STAYED** pending appeal of the denial of petitioner's habeas corpus petition.

Entered: July 7, 2014

/s/ Michael F. Urbanski

Michael F. Urbanski
United States District Judge